USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                          :

UNITED STATES OF AMERICA,    :

                  -v-                             :

JESICA FERNANDEZ,                :

            Defendant.                :

-------------------------------------------------- X

17 CR 00416 (SN)-1

ORDER

SARAH NETBURN, Magistrate Judge:

    A telephone conference is scheduled for Friday, May 1, 2020, at 10:30 a.m. to discuss the status of of this case. At that time, the parties should call (877) 402-9757 and enter access code 7938632.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    April 29, 2020
             New York, New York