USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

UNITED STATES OF AMERICA,

                                        17-CR-00416 (SN)-1

      -against-                                 ORDER

JESICA FERNANDEZ,

              Defendant.
--------------------------------------------------X

Sarah Netburn, United States Magistrate Judge:

      It light of the defendant's consideration for the Young Adult Opportunity Program, it is

hereby ORDERED that the defendant's bail is modified to include: Pretrial Services supervision,

as directed; travel limited to the continental US with prior approval from Pretrial Services; obtain

and maintain employment, and; enroll in a vocational and or educational program.

**SO ORDERED.**

Dated:      May 18, 2020
            New York, New York
                          SARAH NETBURN
                          United States Magistrate Judge