UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

JESICA FERNANDEZ,

    **Defendant.**

-----------------------------------------------------------------X

17-CR-00416 (SN) -1

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

IT IS HEREBY ORDERED that a sentencing is scheduled in this case for Thursday, September 10, 2020, at 10:00 a.m. The conference will be hosted on Skype for Business. A video link will be distributed by email to counsel. The public may access the audio feed of the conference by calling (877)-402-9757 and using access code 7938632#.

The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 5, 2020
               New York, New York