UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

UNITED STATES OF AMERICA,

                                                  1:17-MJ-00416-SN-1

    -against-                                         ORDER

Jesica Fernandez,

            Defendant.
----------------------------------------------------X

Sarah Netburn, United States Magistrate Judge:

Because the defendant is no longer being considered for the Young Adult Opportunity Program, it is hereby ORDERED that the defendant's bail is modified to remove: Pretrial Services supervision, as directed; any travel restrictions; and any employment or educational requirements.

Dated: New York, New York
          August 12, 2020

                                                        SO ORDERED:

                                                        Sarah Netburn
                                               United States Magistrate Judge