**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

                -against-

**JESICA FERNANDEZ,**

                           **Defendant.**

-------------------------------------------------------------------X

**17-CR-00416 (SN) -1**

**ORDER**

---

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 8/31/2020

---

**SARAH NETBURN, United States Magistrate Judge**:

       Due to a conflict in the Court's calendar, the sentencing currently scheduled for

Thursday, September 10, 2020, at 10:00 a.m., is RESCHEDULED for Friday, September 11,

2020, at 10:00 a.m.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED:     August 31, 2020
              New York, New York